CLOSED

# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
### (Western Division - Los Angeles)
### CRIMINAL DOCKET FOR CASE #: 2:07-mj-01446-DUTY All Defendants

Case title: USA v. Palache

Date Filed: 08/30/2007
Date Terminated: 09/07/2007

Assigned to: Duty Magistrate Judge

**Defendant**

**Cecilio Palache** (1)
*TERMINATED: 09/07/2007*
also known as
Cecillo Pacache (1)
*TERMINATED: 09/07/2007*

represented by **Myra J Sun**
Federal Public Defenders Office
321 E 2nd St
Los Angeles, CA 90012-4206
213-894-2854
Email: zzCAC_FPD_Document_Receiving@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

**Pending Counts**

None

**Highest Offense Level (Opening)**

None

**Terminated Counts**

None

**Highest Offense Level (Terminated)**

None

**Complaints**

Defendant in violation of 21:846

**Disposition**

**Disposition**

**Disposition**

**Plaintiff**

| | | |
|---|---|---|
| USA | represented by | **US Attorney's Office**<br>AUSA - Office of US Attorney<br>312 N Spring St, 12th Floor<br>Los Angeles, CA 90012-4700<br>213-894-2434<br>Email: USACAC.Criminal@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 08/30/2007 | 1 | AFFIDAVIT RE: OUT-OF-DISTRICT WARRANT (Rule 5(c)(3)) filed as to defendant Cecillo Palache, originating in the Middle District of Alabama. Defendant charged in violation of: 21:846. Signed by agent I. Navarro, USMS. (mw) (Entered: 09/04/2007) |
| 08/30/2007 | 2 | REPORT COMMENCING CRIMINAL ACTION as to Defendant Cecillo Palache; defendants Year of Birth: 1974; date of arrest: 8/29/2007 (mw) (Entered: 09/04/2007) |
| 08/30/2007 | 3 | Defendant Cecillo Pacache arrested on warrant issued by the USDC Middle District of Alabama at Montgomery. (mw) (Entered: 09/04/2007) |
| 08/30/2007 | 4 | MINUTES OF ARREST ON OUT OF DISTRICT WARRANT held before Magistrate Judge Paul L. Abrams as to Defendant Cecillo Pacache Defendant arraigned and states true name is Cecilio Palache. Attorney: Myra J Sun for Cecillo Pacache, DFPD, present. Court orders bail set as: Cecillo Pacache (1) $500,000 Appearance Bond, SEE BOND FOR TERMS AND CONDITIONS. Identity Hearing set for 9/7/2007 09:00 AM before Magistrate Judge Paul L. Abrams. RELEASE ORDER NO. 30046 signed by Judge Lum on 8/31/07Court Smart: CS 8/30/07. (mw) (Entered: 09/04/2007) |
| 08/30/2007 | 5 | NOTICE OF REQUEST FOR DETENTION filed by Plaintiff USA as to Defendant Cecillo Pacache (mw) (Entered: 09/04/2007) |
| 08/30/2007 | 6 | DECLARATION RE: PASSPORT filed by Defendant Cecilio Palache, declaring that I do not currently possess any passport(s). I will not apply for the issuance of a passport during the pendency of this case.. (mw) (Entered: 09/04/2007) |
| 08/30/2007 | 7 | FINANCIAL AFFIDAVIT filed as to Defendant Cecilio Palache. (mw) (Entered: 09/04/2007) |
| 08/30/2007 | 8 | AFFIDAVIT OF SURETIES (No Justification - Pursuant to Local Criminal Rule 46-5.2.8) in the amount of $ $75,000 by surety: Socorro Lopez. Filed by Defendant Cecilio Palache (mw) (Entered: 09/04/2007) |
| 08/30/2007 | 9 | AFFIDAVIT OF SURETIES (No Justification - Pursuant to Local Criminal Rule 46-5.2.8) in the amount of $ $75,000 by surety: Janett Palache. Filed by Defendant Cecilio Palache (mw) (Entered: 09/04/2007) |

| | | |
|---|---|---|
| 08/30/2007 | 11 | AFFIDAVIT OF SURETIES (No Justification - Pursuant to Local Criminal Rule 46-5.2.8) in the amount of $ $350,000 by surety: Manuel Palache Filed by Defendant Cecilio Palache (mw) (Entered: 09/06/2007) |
| 08/31/2007 | 10 | MEMORANDUM FOR RELEASE ORDER AUTHORIZATION filed by PSA Officer as to Defendant Cecilio Palache. Submitted in compliance with conditions as set forth in CR-1 form. (mw) (Entered: 09/04/2007) |
| 09/04/2007 | 12 | MINUTES OF IN CHAMBERS ORDER by Judge Paul L. Abrams : The secured affidavit of surety with deeding of property, to be posted by defendant's father, Manuel Palache, no later than September 12, 2007, will replace the unsecured affidavit of surety signed by Manuel Palache previously filed with the Court. (rts) (Entered: 09/10/2007) |
| 09/07/2007 | 13 | MINUTES OF RULE 5(c)(3) IDENTITY HEARING held before Magistrate Judge Paul L. Abrams as to Defendant Cecilio Palache. Attorney: Myra Sun, DFPD, present. Court orders defendant held to answer to Middle District of Alabama. Bond to be Transferred if bail is posted. Defendant ordered to report on 10/05/07. Court Smart: CourtSmart. (rts) Additional attachment(s) added on 9/10/2007 (rts, ). (Entered: 09/10/2007) |
| 09/07/2007 | 14 | WAIVER OF RIGHTS approved by Magistrate Judge Paul L. Abrams as to Defendant Cecilio Palache. I HEREBY WAIVE (GIVE UP) MY RIGHTS(S) TO: have an identity hearing. (rts) (Entered: 09/10/2007) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 09/10/2007 13:49:19 | | | |
| PACER Login: | us4894 | Client Code: | |
| Description: | Docket Report | Search Criteria: | 2:07-mj-01446-DUTY |
| Billable Pages: | 2 | Cost: | 0.16 |

FILED

UNITED STATES DISTRICT COURT  
CENTRAL DISTRICT OF CALIFORNIA

2007 AUG 30 PM 12: 26

CLERK U.S. DISTRICT COURT  
CENTRAL DIST. OF CALIF.  
LOS ANGELES

| | |
|---|---|
| PLAINTIFF(S) | CASE NUMBER |
| v. | 2:06 CR 169 ~WHA |
| CECILIO PALACHE | 07-1446M |
| DEFENDANT(S) | AFFIDAVIT RE OUT-OF-DISTRICT WARRANT |

The above-named defendant was charged by: **INDICTMENT**  
in the **MIDDLE** District of **ALABAMA** on **7-24-06**  
at _____ ☐ a.m. / ☐ p.m. The offense was allegedly committed on or about **1/02**  
in violation of Title **21** U.S.C., Section(s) **846**  
to wit: **DANGEROUS DRUGS**

A warrant for defendant's arrest was issued by: **GRAND JURY**

Bond of $_____ was ☐ set / ☐ recommended.

Type of Bond:

Relevant document(s) on hand (attach):

I swear that the foregoing is true and correct to the best of my knowledge.

Sworn to before me, and subscribed in my presence on **August 30, 2007**, by

_____, Deputy Clerk.

_____          _L. NAVARRO_____  
Signature of Agent                                              Print Name of Agent

_____USMS_____                                              _____USMS_____  
Agency                                                                Title

CR-52 (05/98)                AFFIDAVIT RE OUT-OF-DISTRICT WARRANT

FILED

2007 AUG 30 PM 12:26

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY _____

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF v. CECELIO PALACHE DEFENDANT(S). | CASE NUMBER **07-1446M** 2:06 CR 169 - WHA REPORT COMMENCING CRIMINAL ACTION |
|---|---|

TO: CLERK'S OFFICE, U. S. DISTRICT COURT

All items are to be completed. Information not applicable or unknown will be indicated as "N/A".

1. Date and time of arrest __8/29/07 - 4:00__ ☐ AM ☒ PM
2. Charges under which defendant has been booked at Metropolitan Detention Center (MDC):
   __21/846 - DRUGS__
3. Offense charged is a: ☒ Felony  ☐ Minor Offense  ☐ Petty Offense  ☐ Other Misdemeanor
4. U.S. Citizen: ☐ Yes  ☒ No  ☐ Unknown
5. Year of Birth: __1974__
6. The defendant is: ☒ Presently in custody on this charge.
   ☐ At liberty on bond posted before a Magistrate Judge.
   ☐ At liberty and warrant is requested.
   ☐ Federal - In custody on another conviction.
   ☐ State - In custody awaiting trial on these charges.
7. Place of detention (if out-of-district): __N/A__
8. Date detainer placed on defendant: __N/A__
9. This is a reprosecution of previously dismissed charges. (Docket/Case No. _____)
10. Name of Pretrial Services Officer: __Duty OF CA__
11. Remarks (if any): _____

12. Date: __8/30/07__            13. Signature: _____
14. Name: __L. NAVARRO__         15. Title: _____

CR-64 (07/05)                    REPORT COMMENCING CRIMINAL ACTION

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, Plaintiff, vs. Cecillo Pacache Defendant. | Western Division<br>Case Number: 2:07-MJ-01446<br>Initial App. Date: 08/30/2007<br>Date Filed: 08/30/2007<br>Violation: 21:846<br>CourtSmart: 8/30/07 | Out of District Affidavit<br>Initial App. Time: 2:00 PM |
|---|---|---|

**PROCEEDINGS HELD BEFORE UNITED STATES MAGISTRATE JUDGE: Paul L. Abrams** | **CALENDAR/PROCEEDINGS SHEET LOCAL/OUT-OF-DISTRICT CASE**

PRESENT: Christianna Howard — Deputy Clerk | Abigail Evans — Assistant U.S. Assistant | None — Interpreter/Language

[✓] Defendant informed of charge and right to: remain silent; appointment of counsel, if indigent; right to bail; bail review and
   [✓] preliminary hearing OR [✓] removal hearing / Rule 20.
[✓] Defendant states true name [ ] is as charged [✓] is _Cecilio Palache_
[✓] Defendant advised of consequences of false statement in financial affidavit. [ ] Financial Affidavit ordered SEALED.
[✓] Attorney: ~~Rick Goldman~~ Myra Sun, DFPD [✓] Appointed [ ] Prev. Appointed [ ] Poss. Contribution (see separate order)
   [ ] Special appearance by: _____
[✓] Government's request for detention is: [ ] GRANTED [✓] DENIED [ ] WITHDRAWN [ ] CONTINUED
[ ] Defendant is ordered: [ ] Permanently Detained [ ] Temporarily Detained (see separate order).
[✓] BAIL FIXED AT $ _500,000_ (SEE ATTACHED COPY OF CR-1 BOND FORM FOR CONDITIONS)
[ ] Government moves to UNSEAL Complaint/Indictment/Information/Entire Case: [ ] GRANTED [ ] DENIED
[ ] Preliminary Hearing waived.
[ ] Class B Misdemeanor [ ] Defendant is advised of maximum penalties
[ ] This case is assigned to Magistrate Judge _____. Counsel are directed to contact the clerk for the setting of all further proceedings.
[ ] PO/PSA WARRANT [ ] Counsel are directed to contact the clerk for District Judge _____ for the setting of further proceedings.
[ ] Preliminary Hearing set for _____ at 4:30 PM _____
[ ] PIA set for: _____ at 8:30 AM in LA; at 3:00 PM in Riverside; at 10:00 AM in Santa Ana
[ ] Government's motion to dismiss case/defendant _____ only: [ ] GRANTED [ ] DENIED
[ ] Defendant's motion to dismiss for lack of probable cause: [ ] GRANTED [ ] DENIED
[ ] Defendant executed Waiver of Rights. [ ] Process received.
[ ] Court ORDERS defendant Held to Answer to _____ District of _____
   [ ] Bond to transfer, if bail is posted. Defendant to report on or before _____
   [ ] Warrant of removal and final commitment to issue.
   [ ] Warrant of removal and final commitment are ordered stayed until _____
[✓] Case continued to (Date) _9/7/07_ (Time) _9:00_ (AM)/PM
   Type of Hearing: _ID Hearing_ Before Judge _Abrams_ /Duty Magistrate Judge.
   Proceedings will be held in the [ ] Duty Courtroom [✓] Judge's Courtroom _G_
[ ] Defendant committed to the custody of the U.S. Marshal [ ] Summons: Defendant ordered to report to USM for processing.
[ ] Abstract of Court Proceeding (CR-53) issued. Copy forwarded to USM.
[ ] Abstract of Order to Return Defendant to Court on Next Court Day (M-20) issued. Original forwarded to USM.
[✓] RELEASE ORDER NO: _30046_ (Release signed by Judge Lum 8/31/07)
[ ] Other: _____

[ ] PSA    [ ] FINANCIAL    [ ] READY    Deputy Clerk Initials _CH_
: 10

## UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, Plaintiff, | CASE NUMBER: | |
|---|---|---|
| v. Cecilio Pacache | COMPLAINT: MJ 07-1446- | INDICTMENT / INFORMATION: |
| Defendant/Material Witness. | VIOLATION OF TITLE: 21 | SECTION: 846 |

- ☐ PERSONAL RECOGNIZANCE (Signature only - no dollar amount)
- ☐ UNSECURED APPEARANCE BOND IN THE AMOUNT OF $\_\_\_\_
- ☑ APPEARANCE BOND IN THE AMOUNT OF $ 500,000
   - ☐ WITH CASH DEPOSIT (AMOUNT OR %) \_\_\_\_
   - ☑ WITH AFFIDAVIT OF SURETY NO JUSTIFICATION (Form CR-4)
       $75,000 - sister, Janette
       $75,000 - Socorro Lopez, girlfriend
   - ☑ WITH AFFIDAVIT WITH JUSTIFICATION OF SURETY (Form CR-3)
       Manuel Pacache - $350,000
   - ☑ WITH DEEDING OF PROPERTY no later than 9/12/07
- ☐ COLLATERAL BOND IN AMOUNT OF (Cash or Negotiable Securities) $\_\_\_\_
- ☐ CORPORATE SURETY BOND IN AMOUNT OF (Separate Form Required) $\_\_\_\_
- ☐ ADDITIONAL REQUIREMENTS: \_\_\_\_
- ☑ BAIL FIXED BY COURT \_\_\_\_

RELEASE No. 30046

- ☑ RELEASE TO PRETRIAL ONLY
- ☐ FORTHWITH RELEASE
- ☐ ALL CONDITIONS OF BOND SHALL BE MET AND BOND POSTED BY: \_\_\_\_ Date

☐ ALL REQUIREMENTS HAVE BEEN MET: \_\_\_\_

*Deputy Clerk* / *Deputy Clerk*

### PRE-CONDITIONS TO RELEASE
- ☐ Bail is subject to Nebbia hearing which is a hearing to inquire about the source of the collateral.
- ☐ The Nebbia hearing can be waived by the government.

### ADDITIONAL CONDITIONS OF RELEASE
In addition to the GENERAL CONDITIONS of RELEASE, as specified on other side, the following conditions of release are imposed upon you:

- ☑ Defendant shall submit to: [ ] Pretrial Supervision. [✓] Intensive Pretrial Supervision.
- ☑ Surrender all passports to the Clerk of Court, or sign a declaration no later than, \_\_\_\_ and not apply for the issuance of a passport during the pendency of this case.
- ☑ Travel is restricted to: CD/CA Middle District of Alabama for Court purposes only
- ☑ Do not enter premises of any airport, seaport, railroad, or bus terminal which permits exit from the Continental U.S. or area of restricted travel without Court permission.
- ☑ Reside as approved by PSA and do not relocate without prior permission from PSA. \_\_\_\_
- ☑ Maintain or actively seek employment and provide proof to PSA.
- ☐ Maintain or commence an educational program and provide proof to PSA.
- ☐ Avoid all contact, directly or indirectly, with any person who is or who may become a victim or potential witness in the subject investigation or prosecution, including but not limited to: \_\_\_\_
- ☐ Not possess any firearms, ammunition, destructive devices, or other dangerous weapons. [ ] In order to determine compliance, you will agree to submit to a search of your person and/or property by Pretrial Services in conjunction with the US Marshal.
- ☐ Not use/possess any identification other than in your own legal name or true name. [ ] In order to determine compliance, you will agree to submit to a search of your person and/or property by Pretrial Services in conjunction with the U.S. Marshal.
- ☐ Not use alcohol.
- ☑ Not use or possess illegal drugs. [✓] In order to determine compliance, you will agree to submit to a search of your person and/or property by Pretrial Services in conjunction with the US Marshal.
- ☑ Submit to drug [and/or] alcohol testing and outpatient treatment as directed by PSA. You shall pay all or part of the cost for testing and treatment based upon your ability to pay as determined by PSA.
- ☐ Participate in residential drug [and/or] alcohol treatment as deemed necessary by PSA. You shall pay all or part of the cost for treatment based upon your ability to pay as determined by PSA. [ ] **Release to PSA only**.
- ☐ Participate in mental health evaluation, and/or counseling and/or treatment as directed by PSA. You shall pay all or part of the costs based upon your ability to pay as determined by PSA.

Defendant Initials \_\_\_\_ Date 08/30/07

ORIGINAL - YELLOW COPY | PINK - PRETRIAL SERVICES | WHITE - DEFENDANT COPY

CR-1 (07/05) | CENTRAL DISTRICT OF CALIFORNIA RELEASE ORDER AND BOND FORM | Page 1 of 2

UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA

Cecillo Pacache
~~Defendant~~/Material Witness.

CASE NUMBER: MJ 07-1446

[x] Participate in one of the following home confinement program components and abide by all requirements of the program which [x] will or [ ] will not include electronic monitoring or other location verification system. You shall pay all or part of the cost of the program based upon your ability to pay as determined by PSA.

[ ] **Curfew**. You are restricted to your residence every day: [ ] from _____ to _____ . [ ] as directed by PSA.
 [ ] Release to PSA only.
[x] **Home Detention**. You are restricted to your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court-ordered obligations; or other activities as pre-approved by PSA. [x] Release to PSA only.
[ ] **Home Incarceration**. You are restricted to your residence at all times except for medical needs or treatment; religious services; and court appearances as pre-approved by PSA. [ ] Release to PSA only.

☐ Not possess or have access to, either in the home, the workplace, or any other location, any device which offers Internet access, except as approved by PSA. [ ] In order to determine compliance, you will agree to submit to a search of your person and/or property by Pretrial Services in conjunction with the US Marshal.
☐ Not associate or have verbal, written, telephonic, or electronic communication with any person who is less than the age of 18 except in the presence of another adult who is the parent or legal guardian of the minor.
☐ Not loiter/be found within 100 feet of any school yard, park, playground, arcade, or other place primarily used by children under the age of 18.
☐ Not be employed by, affiliate with, own, control, or otherwise participate directly or indirectly in conducting the affairs of any daycare facility, school, or other organization dealing with the care, custody, or control of children under the age of 18.
☐ Not view or possess child pornography or child erotica. [ ] In order to determine compliance, you will agree to submit to a search of your person and/or property, including computer hardware and software, by Pretrial Services in conjunction with the US Marshal.
[x] Other conditions: Maintain current residence
1) Release upon signing of affidavits.
3) 9/12/07 posting of property

_8/30/07_    _Cecilio P_____    _(323) 333-0524_
Date    Defendant/Material Witness' Signature    Telephone Number

_Los Angeles CA 90057-1112_
City, State And Zip Code

☐ Check if interpreter is used: I have interpreted into the _____ language all of the above conditions of release and have been told by the defendant that he or she understands all of the conditions of release.

_____    _____
Interpreter's signature    Date

Approved: _____    _____
United States District Judge / Magistrate Judge    Date

If Cash Deposited: Receipt # _____    For $ _____

(This bond may require surety agreements and affidavits pursuant to Local Criminal Rules 46-3.2 and 46-6)

ORIGINAL - YELLOW COPY    PINK - PRETRIAL SERVICES    WHITE - DEFENDANT COPY

CR-1 (07/05)    CENTRAL DISTRICT OF CALIFORNIA RELEASE ORDER AND BOND FORM    Page 2 of 2

GPO: U S GOVERNMENT PRINTING OFFICE: 2005-785-040

```
 1  GEORGE S. CARDONA
    United States Attorney
 2  THOMAS P. O'BRIEN
    Special Assistant United States Attorney
 3  Chief, Criminal Division
    ABIGAIL W. EVANS (SBN: 249629)
 4  Assistant United States Attorney
    Violent and Organized Crime Section
 5       1500 United States Courthouse
         312 North Spring Street
 6       Los Angeles, California  90012
         Telephone: (213) 894-0703
 7       Facsimile: (213) 894-3713
         Email: Abigail.W.Evans@usdoj.gov
 8
    Attorneys for Plaintiff
 9  United States of America
```

FILED
CLERK, U.S. DISTRICT COURT
AUG 30 2007
CENTRAL DISTRICT OF CALIFORNIA
BY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 07-MJ-01446 |
|---|---|
| Plaintiff, | ) GOVERNMENT'S NOTICE OF REQUEST<br>) FOR DETENTION |
| v. | ) |
| Cecilio Palache | ) |
| Defendant. | ) |

Plaintiff, United States of America, by and through its counsel of record, hereby requests detention of defendant and gives notice of the following material factors:

    1. <u>Temporary 10-day Detention Requested (§ 3142(d))</u> <u>on the following grounds</u>:

        a. offense committed while defendant was on release pending (felony trial), (sentencing) (appeal) or on (probation) (parole);

        b. alien not lawfully admitted for permanent

```
               residence;
___     c.  flight risk;
___     d.  danger to community.
_X_  2. Pretrial Detention Requested (§ 3142(e)) because no
        condition or combination of conditions will
        reasonably assure against:
     _X_ a.  danger to any other person or the community;
     _X_ b.  flight.
___  3. Detention Requested Pending Supervised
        Release/Probation Revocation Hearing (Rules 32.1,
        46, § 3143) because defendant cannot establish a
        condition or combination of conditions that will
        reasonably assure against:
     ___ a.  Danger to any other person or the community;
     ___ b.  Flight.
___  4. Presumptions Applicable to Pretrial Detention (18
        U.S.C. § 3142(e)):
     ___ a.  Title 21 offense with 10-year or greater maximum
             penalty (presumption of danger to community and
             flight risk);
     ___ b.  firearm used or carried during offense (18 U.S.C.
             § 924(c)) (presumption of danger to community and
             flight risk);
     ___ c.  offense involving a minor victim under 18 U.S.C.
             §§ 1201, 1591, 2241, 2242, 2244(a)(1), 2245,
             2251, 2251A, 2252(a)(1)-(a)(3), 2252A(a)(1),
             2252A(a)(2), 2252A(a)(3), 2252A(a)(4), 2260,
```

2

```
 1                          2421, 2422, 2423 or 2425 (presumption of danger
 2                          to community and flight risk);
 3          ____      d.    offense under Maritime Drug Law Enforcement Act
 4                          (46 U.S.C. App. 1901 et seq.) (presumption of
 5                          danger to community and flight risk);
 6           X        e.    defendant currently charged with (I) crime of
 7                          violence, (II) offense with maximum sentence of
 8                          life imprisonment or death, (III) Title 21 offense
 9                          with ten year or greater maximum sentence, or
10                          (IV) state or local offense that would qualify
11                          under I, II, or III if federal jurisdiction were
12                          present, and defendant was previously convicted
13                          of a crime listed in I, II, or III committed
14                          while on release pending trial, and the current
15                          offense was committed within five years of
16                          conviction or release from prison on the above-
17                          described previous conviction (presumption of
18                          danger to community).
19           X    5.        Government is Entitled to Detention Hearing
20                          Under § 3142(f) Based on the Following:
21          ____      a.    crime of violence (defined in 18 U.S.C. § 3156);
22          ____      b.    maximum sentence is life imprisonment or death;
23           X        c.    Title 21 offense with maximum sentence of ten
24                          years or more;
25          ____      d.    instant offense is felony and defendant has two
26                          or more convictions for a crime set forth in a-c
27                          above or for an offense under state or local law
28
                                         3
```

```
                    that would qualify under a, b, or c if federal
                    jurisdiction were present;
         ____  e.   serious risk of flight;
         ____  f.   serious risk of (obstructing justice or
                    attempting to obstruct justice)(threatening,
                    injuring, or intimidating witness or juror, or
                    attempting to do so).
____  6.   Government requests continuance of _____ days for
           detention hearing based upon the following reason: __
           _____
           _____
           _____
____  7.   Good cause for continuance in excess of three days
           exists in that:
           _____
           _____
           _____
           _____
```

DATED: August 30, 2007                    Respectfully submitted,

                                          GEORGE S. CARDONA
                                          United States Attorney

                                          /s/ Abigail W. Evans
                                          _____
                                          ABIGAIL W. EVANS
                                          Assistant United States Attorney

                                          Attorneys for Plaintiff
                                          United States of America

4

FILED
CLERK, U.S. DISTRICT COURT

AUG 30 2007

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF | CASE NUMBER: 07-1446-M |
|---|---|
| v. CECILIO PALACHE DEFENDANT. | DECLARATION RE PASSPORT |

I, __CECILIO PALACHE__, declare that
(Defendant)

☒ I do not currently possess any passport(s). I will not apply for the issuance of a passport during the pendency of this case.

☐ I am unable to locate my passport(s). If I locate any passport issued to me, I will immediately surrender it to the Clerk of the Court. I will not apply for the issuance of a passport during the pendency of this case.

☐ My passport is in the possession of federal agents. If my passport is returned to me during the pendency of this case, I will immediately surrender it to the Clerk of the Court. I will not apply for the issuance of a passport during the pendency of this case.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this __30th__ day of __AUGUST__, 20__07__
at __LOS ANGELES, CALIFORNIA__
    (City and state)

_____
Signature of Defendant

DECLARATION RE PASSPORT
CR-37 (01/06)

*United States Pretrial Services*

United States District Court
Central District of California



| George M. Walker | | Jill F. McClain |
|---|---|---|
| Chief U.S. Pretrial Services Officer | | Deputy Chief U.S. Pretrial Services Officer |

August 31, 2007

United States District Court
United States Clerk's Office
Edward R. Roybal Federal Building
Room 178
Los Angeles, California 90012

**Re: Release Order Authorization**
**Defendant:** Palache, Cecillo
**Docket #:** 07-1446

To Whom it May Concern:

On August 30, 2007, the defendant's bond was set by the Honorable Paul A. Abrams, at a $500,000 Appearance Bond. Special conditions of the bond include: **RELEASE TO PRETRIAL SERVICES ONLY,** for placement in an electronic monitoring program.

Please be advised that the defendant has been found acceptable for placement in an electronic monitoring program.

If you determine that the bond has been satisfied, please prepare a release order with the **RELEASE TO PRETRIAL SERVICES ONLY** box checked for the duty Magistrate Judge's signature.

Sincerely,

**Rachel Schnayerson**
Digitally signed by Rachel Schnayerson
DN: cn=Rachel Schnayerson, c=US, o=U.S. Pretrial Services,
ou=U.S. Pretrial Services Officer,
email=Rachel_Schnayerson@cacpt.uscourts.gov
Date: 2007.08.31 10:56:43 -07'00'

Rachel Schnayerson
U.S. Pretrial Services Officer
(213) 894-1342

cc: File

---

| [✓] HQ & Supervision Unit | [ ] Investigation Unit | [ ] Santa Ana Branch | [ ] Riverside Branch |
|---|---|---|---|
| U.S. Courthouse<br>312 North Spring Street, Room 754<br>Los Angeles, CA 90012-4708<br>213-894-4726 / FAX 213-894-0231 | Edward R. Roybal Federal Building<br>255 East Temple Street, Room 1178<br>Los Angeles, CA 90012-3326<br>213-894-5568 / FAX 213-894-8892 | Ronald Reagan Federal Building<br>411 West Fourth Street, Room 4070<br>Santa Ana, CA 92701-4596<br>714-338-4550 / FAX 714-338-4570 | George E. Brown, Jr. Courthouse<br>3470 Twelfth Street, Room 161<br>Riverside, CA 92501<br>951-328-4490 / FAX 951-328-4489 |

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CRIMINAL MINUTES-GENERAL

Case No.   MJ 07-1446                                            Date  September 4, 2007

Title:  United States of America v. Cecilio Palache

-------------------------------------------------------------------------------

PRESENT: THE HONORABLE   PAUL L. ABRAMS              ☐ U.S. DISTRICT JUDGE
                                                     ☒ MAGISTRATE JUDGE

| Christianna Howard | N/A | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

ATTORNEY PRESENT FOR PLAINTIFF:              ATTORNEY PRESENT FOR DEFENDANT:
            NONE                                          NONE

PROCEEDINGS:      (IN CHAMBERS)

The secured affidavit of surety with deeding of property, to be posted by defendant's father, Manuel Palache, no later than September 12, 2007, will replace the unsecured affidavit of surety signed by Manuel Palache previously filed with the Court.


cc:    Abigail Evans, AUSA
       Myra Sun, DFPD

Initials of Deputy Clerk  ch

CRIMINAL  MINUTES - GENERAL

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## RECORD OF PROCEEDINGS

Case No. **MJ 07-1446**  Tape No. **CourtSmart**  Date: **September 7, 2007**

Present: The Honorable **Paul L. Abrams**, U.S. Magistrate Judge

| **Christianna Howard** | **April Christine** | **n/a** |
|---|---|---|
| *Deputy Clerk* | *Assistant U.S. Attorney* | *Interpreter* |

| USA v. Cecilio Palache | Attorney Present for Defendant: Myra Sun |
|---|---|
| ☒ Present ☐ Custody ☒ Bond ☐ Not present | ☒ Present ☐ CJA ☐ Retd ☒ DFPD ☐ Not present |

### PROCEEDINGS: ARRIVAL OF PROCESS / FAILURE TO APPEAR HEARING

☒ Process ☒ received ☐ not received
☐ Court orders case continued to _____ at _____ ☐ a.m. / ☐ p.m. for _____

☐ Defendant executes waiver of removal hearing and is ordered **HELD TO ANSWER** to the U.S. District Court, _____ District of _____ at _____
☐ Court orders U.S. Marshal to return the defendant to the U. S. District Court _____ District of _____ at _____
☐ Final Commitment and Warrant of Removal to issue.
☐ Court orders defendant to appear in the District of Origin no later than _____, 20___.
☐ Bond to be transferred if bail is posted.
☐ Defendant executes Rule 20 consent form and is ordered **HELD TO ANSWER** to the U.S. District Court at **LOS ANGELES**.
☐ Other: _____

### PROCEEDINGS: IDENTITY OR REMOVAL HEARING

☐ Witness(es) called, sworn and testified - see separate witness list.
☐ Exhibits are marked and admitted - see separate exhibit list.

### RULING:

☐ Court finds defendant ☐ to be the person ☐ not to be the person charged in the ☐ Indictment ☐ Information ☐ Complaint and **ORDERS** the defendant **HELD TO ANSWER** to the U.S. District Court, _____ District of _____ at _____
☐ Court finds ☐ probable cause ☐ no probable cause and orders the defendant returned to the originating district and **ORDERS** proceedings terminated in this district.
☐ Court **ORDERS** the U.S. Marshal to return the defendant to U.S. District Court, _____ District of _____ at _____.
☐ Final Commitment and Warrant of Removal to issue.
☒ Court orders defendant to appear in the District of Origin no later than **October 5**, 20**07**.
☒ Bond to be transferred if bail is posted.
☒ Other: **Waiver submitted to the Court.**

cc: Blue copy - AUSA  Yellow copy - Defendant  Pink copy - PSA  :06

M-50 (02/01)  RECORD OF PROCEEDINGS - ARRIVAL OF PROCESS/ FAILURE TO APPEAR - I.D. HEARING



**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**
312 North Spring Street, Room G-8
Los Angeles, CA 90012
Tel: (213) 894-3535

**SOUTHERN DIVISION**
411 West Fourth Street, Suite 1053
Santa Ana, CA 92701-4516
(714) 338-4750

**EASTERN DIVISION**
3470 Twelfth Street, Room 134
Riverside, CA 92501
(951) 328-4450

**SHERRI R. CARTER**
District Court Executive and
Clerk of Court

September 10, 2007

Clerk, United District Court
Middle District of Alabama
Frank M. Johnson, Jr. Federal
 Courthouse Annex, Suite B-110
One Church Street
Montgomery, AL 36104

Re:   Transfer to U.S. Magistrate Judge

    Case No. OUR CASE # 07 MJ 1446   /   YOUR CASE # 2:06CR00169WHA

    Case Title: USA V CECILLO PACACHE

Dear Sir/Madam:

Pursuant to Rule 40 of the Federal Rules of Criminal Procedure, enclosed are the following:
- ☒ Certified copy of entire case file.
- ☒ Certified copy of docket sheet
- ☐ Letter re status of property bond
- ☐ Original bond enclosed
    - ☐ Original bond to be forwarded by the Fiscal Section
    - ☐ Certified copy of final commitment
    - ☐ Original Passport
    - ☒ Original Declaration re: Passport
- ☒ Other  documents #7, #8, #9, & #11 are NFPV pursuant to the E-Government Act of 2002.

Please acknowledge receipt on the copy of this letter and return to this office.

Sincerely,

Clerk, U.S. District Court

By  Rosalind Tyus-Simon
    Deputy Clerk 213-894-8288

cc:  *U.S. Attorney (Central District of California)*
    *U.S. Attorney (Receiving district)*

---

Receipt of the above-described documents is acknowledged herewith and assigned case number:
_____.

Clerk, U.S. District Court

_____  By _____
Date                                                        Deputy Clerk

CR-48 (01/01)                            LETTER RE: RULE 40 - TRANSFER OUT

FILED
CLERK, U.S. DISTRICT COURT
SEP - 7 2007
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF | CASE NUMBER: |
|---|---|
| v. | 07-1446-M |
| CECILIO PALACHE | WAIVER OF RIGHTS (OUT OF DISTRICT CASES) |
| DEFENDANT. | |

I understand that charges are pending in the **MIDDLE** District of **ALABAMA** alleging violation of **21 USC §846** (Title and Section / Probation / Supervised Release) and that I have been arrested in this district and taken before a United States Magistrate Judge, who has informed me of the charge(s) and my rights to:

(1) have an identity hearing to determine whether I am the person named in the charges;
(2) receive a copy of the charge(s) against me;

*-Check one only-*

☐ **EXCLUDING PROBATION OR SUPERVISED RELEASE CASES:**
(3) have a preliminary examination (unless an indictment has been returned or an information filed) to determine whether there is probable cause to believe an offense has been committed by me, the hearing to be held in this district or the district of prosecution; and
(4) request transfer of the proceedings to this district under Rule 20, Fed.R.Crim.P., in order to plead guilty.

☐ **PROBATION OR SUPERVISED RELEASE CASES:**
(3) have a preliminary hearing (if the violation charged allegedly occurred in this district, and I am held in custody solely on that charge) under Rule 32.1(b), Fed.R.Crim.P., to determine whether there is probable cause to believe I have violated the terms of my probation/supervised release.

**I HEREBY WAIVE (GIVE UP) MY RIGHT(S) TO:**

☒ have an identity hearing
☐ receive a copy of the charges(s) against me
☐ have a preliminary examination
☐ have an identity hearing, and I have been informed that I have no right to a preliminary examination
☐ have an identity hearing, but I request that a preliminary examination be held in the prosecuting district

Cecilio Palache
Defendant

Myra Sun
Defense Counsel

_____
United States Magistrate Judge

Date: 9/7/07

M-14 (03/03)  WAIVER OF RIGHTS (OUT OF DISTRICT CASES)