IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:06cr169-WKW |
| | ) | |
| CECILLO PACACHE | ) | |

## **ORDER**

It is hereby

ORDERED that the Federal Public Defender shall appoint a CJA panel attorney to represent the defendant in the above-referenced case. The appointed attorney shall file a written notice of appearance with this court.

DONE, this 11th day of September, 2007.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE