IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:-06cr169-WKW |
| | ) | |
| CECILLO PACHE, et al., | ) | |

## **ORDER**

For good cause, it is

ORDERED that the guilty plea schedule is as follows:

<u>October 16, 2007, 3 p.m.</u>

Cliff Johnson
Rodrigez Childres
William Earl Ulmer
Terrence Antwan Jerome Newkirk

<u>October 17, 2007, 3 p.m.</u>

Christopher Iman Ulmer
Demetria Mills
Darnell Montreze Brown
Roger Walton
James Talley
James Earl Hubbard

<u>October 22, 2007, 3 p.m.</u>

Cecillo Pacache
Demetrius Terrell Pegues
Charles Daniel Craig
Kowosky Tywan Christian
Darryl Lamont Brown
Wilmont Timothy Barnett

Notices of intent to change plea shall be filed on or before 7 days prior to the scheduled plea date. Unless attorneys are otherwise notified, pleas will be taken in courtroom 5B of the Frank M. Johnson, Jr. United States Courthouse Complex. Any requests to change the plea schedule shall be filed on or before 10 days from the date of this order.

If defendants are ready to enter guilty pleas prior to their scheduled dates, the defendants' attorneys shall so notify the court's chambers.

DONE, this 1st day of October, 2007.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE