**IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

RECEIVED

2007 OCT 26  A 9: 47

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | |
|---|---|
| UNITED STATES OF AMERICA  Plaintiff, | |
| vs. | CR. NO. 2:06CR169-WKW |
| CECILLO PACACHE  Defendant. | **MOTION FOR ADMISSION PRO HAC VICE** |

PHACH T. NGO, a lawyer who is not a member of the bar of this district, moves to appear in this case pro hac vice on behalf of Defendant CECILLO PACACHE. PHACH T. NGO states that he is a member in good standing of the bar of the United States District Court for the Central District of California and that he agrees to submit to and comply with all provisions and requirements of the rules of conduct applicable to lawyers admitted to practice before the United States District Court for the Middle District of Alabama in connection with his pro hac vice representation in this case.

PHACH T. NGO further states his pro hac vice admission on behalf of the defendant in this case is authorized by LR 83.1(b). He has not filed any motions for permission to appear before the United States District Court for the Middle District of Alabama in the past three years.

10/23/07

PHACH T. NGO
Law Offices of NGO & ASSOCIATES, APLC
3200 Wilshire Blvd., Suite 690,
Los Angeles, CA 90010
Tel.: (213) 385-6300
Fax:  (213) 385-3533
Email:  pngo@lawyer.com

## PROOF OF SERVICE

STATE OF CALIFORNIA    )
                       )
COUNTY OF LOS ANGELES  )

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 3200 Wilshire Boulevard, Suite 690-NT, Los Angeles, California 90010.

On October 23, 2007, I served the document(s) described as **MOTION FOR ADMISSION PRO HAC VICE** on the interested parties in this action by:

__XX__   **BY MAIL**   I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal services on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.
      A. Clark Morris,
      AUSA MDAL
      1 Church St.
      Montgomery, AL 36104
Executed on 10/23/07 at Los Angeles, California.

_____   **BY PERSONAL SERVICE**   I caused such envelope to be delivered by hand to interested parties as addressed on the following page. Executed on 10/23/07 at Los Angeles, California

_____   **BY FACSIMILE TRANSMITTAL**   I caused said document to be transmitted Via Facsimile at the Facsimile number(s) indicated.

_____   **STATE**   I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

__XX__   **FEDERAL**   I declare that I am employed in the office of a member of the Bar of this court at whose direction the service was made.

LUPE ANGULO

# United States District Court

## Central District of California

**CERTIFICATE OF GOOD STANDING**

I, SHERRI R. CARTER, Clerk of this Court, certify that

Phach T. Ngo, Bar No. 199579

was duly admitted to practice in this Court on February 1, 2002

and is in good standing as a member of the Bar of this Court.

Dated at Los Angeles, California

on October 19, 2007
   *DATE*



SHERRI R. CARTER, CLERK

By   Brenda Brannon
Brenda Brannon, Deputy Clerk

G-52 (2/99)(Rev. AO 136)    CERTIFICATE OF GOOD STANDING - MEMBER OF BAR