**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | **CR. NO. 2:06-cr-169-WKW** |
| | ) | |
| **CECILLO PACACHE** | ) | |

## ORDER

Upon consideration of the Motion for Admission *Pro Hac Vice* of Phach T. Ngo (Doc. # 438) filed on October 26, 2007, it is ORDERED that the motion is GRANTED.

DONE this 30th day of October, 2007.

                                          /s/ W. Keith Watkins
                                     UNITED STATES DISTRICT JUDGE