# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | <> |
| | <> |
| v. | <> Case Number: 2:06-cr-169-WKW |
| | <> |
| **CECILIO PACACHE** | <> |
| **Defendant** | <> |

## MOTION TO WITHDRAW

**COMES NOW** Defendant Cecilio Pacache, by and through his undersigned counsel, respectfully moving this Honorable Court to permit him to withdraw from his representation of the above-named Defendant.

Defendant has retained an attorney, to represent him in this case. Undersigned counsel notified the United States Attorney's Office at that time. Undersigned counsel has recently learned that the District Clerk's Office prefers to also receive a Motion to Withdraw from undersigned counsel -- Defendant Pacache's prior counsel.

**WHEREFORE**, for the foregoing reasons, Defendant Cecilio Pacache petitions this Honorable Court to **GRANT** this Motion to Withdraw. This relief will serve the cause of justice, and will not prejudice the United States of America.

RESPECTFULLY SUBMITTED THIS 18ND DAY OF JANUARY, 2008

_____
I.M. (Mike) Winter, Jr.  (WIN036)
Attorney For Mr. Cecilio Pacache

Suite 300-A; 300 Water Street
Montgomery, Alabama  36104
(334)263-5787
WinterLegal@bellsouth.net

## **CERTIFICATE OF SERVICE**

I hereby certify that I have served this motion, by same by electronic mail, to Ms. Clark Morris, Esquire, Assistant United States Attorney for the United States Attorney's Office for the United States of America.

DONE THIS 18th DAY OF JANUARY, 2008

_____
**I.M. (Mike) Winter, Jr.** (WIN036)
Attorney For Mr. Cecilio Pacache