IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | CASE NO. 2:06-CR-169-WKW |
| | ) | |
| CECILIO PACACHE | ) | |

**<u>ORDER</u>**

This case is before the Court on defendant Cecillo Pacache's Motion to Withdraw (Doc. # 512). Defendant Pacache's appointed counsel seeks to withdraw from the case as the defendant has retained other counsel to represent him. Accordingly, it is ORDERED that the motion is GRANTED.

DONE this 22nd day of January, 2008.

                          /s/   W.  Keith Watkins
                        UNITED STATES DISTRICT JUDGE