# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>vs.<br><br>CECILIO PACACHE,<br><br>          Defendant. | Case Number: 2:06-cr-00169-WKW-SRW-1<br><br>**DEFENDANT'S NOTICE OF PLEA NEGOTIATIONS AND INTENT FOR RESOLUTION** |

**COMES NOW** Defendant Cecilio Pacache, by and through his undersigned counsel, provides notice to this Honorable Court that Defendant Pacache and the Assistant United States Attorney, A. Clark Morris, are in negotiations for a resolution of this case. As support, Defendant Pacache declares as follows:

This Court scheduled a pretrial conference for April 14, 2008 and scheduled the trial for May 5, 2008.

A proffer session took place in this matter on March 24, 2008 in Los Angeles, California. Present at the proffer session were Defendant Pacache, his undersigned counsel, Assistant United States Attorney A. Clark Morris, and DEA Agent Doug Walters. Defendant Pacache's undersigned counsel and the United States Attorney's Office are in negotiations for a resolution of this case and are committed to resolving this matter.

Defendant Pacache's undersigned counsel respectfully request to appear telephonically at the pretrial conference on April 14, 2008.

RESPECTFULLY SUBMITTED THIS 10TH DAY OF APRIL 2008.

     /s/ Phach T. Ngo
PHACH T. NGO
Attorney for Mr. Cecilio Pacache
Law Offices of NGO & ASSOCIATES, APLC
3200 Wilhsire Blvd., Suite 690-NT
Los Angeles, CA 90010
Tel: (213) 385-6300
Fax: (213) 385-3533
Email: pngo@lawyer.com

1

**CERTIFICATE OF SERVICE**

I hereby certify that I have served this notice, by email delivery to Ms. A. Clark Morris, Esquire, Assistant United States Attorney at clark.morris@usdoj.gov.

DONE THIS 10TH DAY OF APRIL, 2008.

   /s/ Phach T. Ngo
PHACH T. NGO
Attorney for Mr. Cecilio Pacache