IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.                       ) | CR. NO. 2:06cr169-WKW |
| ) | |
| CECILLO PACACHE          ) | |

### ORDER

Upon consideration of defendant's notice of plea negotiations filed April 10, 2008, which the court construes as a motion to participate in the pretrial conference by telephone (Doc. # 601), and for good cause, it is

ORDERED that the motion be and hereby is GRANTED. Defendant's attorney shall call the Judge's chambers at 2:00 p.m. CST in order to participate in the pretrial conference by telephone.

DONE, this 11th day of April, 2008.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE