**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

UNITED STATES OF AMERICA,

        Plaintiff,

vs.                            Case Number: 2:06-cr-00169-WKW-SRW-1

CECILIO PACACHE,

        Defendant.

**DEFENDANT'S MOTION FOR LEAVE TO FILE NOTICE OF CHANGE OF PLEA
OUT OF TIME**

Defendant Cecilio Pacache requests leave to file his Notice of Change of Plea in the above captioned matter on day late due to his undersigned counsel's lack of familiarity with the local rules. The Plea Agreement was signed by Defendant Pacache and his undersigned counsel on April 22, 2008. Filing of the Notice of Change of Plea on the day following the due date will not prejudice the government.

RESPECTFULLY SUBMITTED THIS 24TH DAY OF APRIL 2008.

   /s/ Phach T. Ngo
PHACH T. NGO
Attorney for Mr. Cecilio Pacache
Law Offices of NGO & ASSOCIATES, APLC
3200 Wilhsire Blvd., Suite 690-NT
Los Angeles, CA 90010
Tel: (213) 385-6300
Fax: (213) 385-3533
Email: pngo@lawyer.com

1

**CERTIFICATE OF SERVICE**

I hereby certify that I have served this notice, by email delivery to Ms. A. Clark Morris, Esquire, Assistant United States Attorney at <u>clark.morris@usdoj.gov</u>.

DONE THIS 24TH DAY OF APRIL, 2008.


   /s/ Phach T. Ngo
PHACH T. NGO
Attorney for Mr. Cecilio Pacache