**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

UNITED STATES OF AMERICA,

    Plaintiff,

 vs.            Case Number: 2:06-cr-00169-WKW-SRW-1

CECILIO PACACHE,

    Defendant.

**CECILIO PACACHE'S NOTICE OF CHANGE OF PLEA**

COMES, Phach T. Ngo, who on behalf of his client Cecilio Pacache, does give notice that Mr. Pacache intends to change his plea from Not Guilty to Guilty.

 1. The date of April 28, 2008, at 3:00 P.M. for the Guilty Plea is SATISFACTORY with counsel.

RESPECTFULLY SUBMITTED THIS 24${}^{TH}$ DAY OF APRIL 2008.

 /s/ Phach T. Ngo
PHACH T. NGO
Attorney for Mr. Cecilio Pacache
Law Offices of NGO & ASSOCIATES, APLC
3200 Wilhsire Blvd., Suite 690-NT
Los Angeles, CA 90010
Tel: (213) 385-6300
Fax: (213) 385-3533
Email: pngo@lawyer.com

1

**CERTIFICATE OF SERVICE**

I hereby certify that I have served this notice, by email delivery to Ms. A. Clark Morris, Esquire, Assistant United States Attorney at clark.morris@usdoj.gov.

DONE THIS 24TH DAY OF APRIL, 2008.

   /s/ Phach T. Ngo
PHACH T. NGO
Attorney for Mr. Cecilio Pacache