IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | CASE NO. 2:06-CR-169-WKW |
| | ) | |
| CECILIO PACACHE | ) | |

**<u>ORDER</u>**

Upon consideration of the Defendant's Motion for Leave to File Notice of Change of Plea Out of Time (Doc. # 615), it is ORDERED that the motion is GRANTED.

DONE this 24th day of April, 2008.

          /s/   W.  Keith Watkins
UNITED STATES DISTRICT JUDGE