IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | )   CASE NO. 2:06-cr-169-01-WKW |
| | ) |
| CECILLO PACACHE | ) |

**ORDER**

It is **ORDERED** that the sentencing hearing for defendant Cecillo Pacache is **CONTINUED** from August 7, 2008, at 9:30 a.m., to **August 13, 2008, at 11:45 a.m.,** in courtroom 2E of the Frank M. Johnson, Jr. U. S. Courthouse, One Church Street, Montgomery, Alabama.

DONE this 30th day of July, 2008.

/s/  W.  Keith Watkins
UNITED STATES DISTRICT JUDGE