IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| v. ) | CASE NO. 2:06-CR-169-WKW |
| ) | |
| CECILIO PACACHE ) | |

**ORDER**

This case is before the court on Defendant Cecilio Pacache's Motion to Continue Sentencing Date (Doc. # 669). It is ORDERED that the motion is granted, and sentencing in this matter is continued from August 13, 2008, to **September 10, 2008, at 2:15 p.m.**

DONE this 4th day of August, 2008.

/s/  W.  Keith Watkins
UNITED STATES DISTRICT JUDGE