IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:06cr169-WKW |
| | ) | |
| CECILLO PACACHE | ) | |

**UNOPPOSED MOTION TO AMEND**

COMES NOW the United States of America, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and files the above-captioned motion, and as reasons therefore, submits the following:

1. On July 11, 2006, the Grand Jury for the Middle District of Alabama returned an indictment against Defendant Cecillo Pacache.

2. It was brought to the attention of the United States that the defendant's name was incorrectly listed and should be Cecilio Palache. The United States respectfully moves to amend the style of the case and pleadings to reflect the defendant's name which is Cecilio Palache.

Respectfully submitted this 10th day of September, 2008.

LEURA G. CANARY
UNITED STATES ATTORNEY

/s/A. Clark Morris
A. CLARK MORRIS
Assistant United States Attorney
131 Clayton Street
Montgomery, AL 36104
Phone: (334) 223-7280
Fax: (334) 223-7135
E-mail: clark.morris@usdoj.gov

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.                                         ) | CR. NO.  2:06cr169-WKW |
| ) | |
| CECILLO PACACHE                ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on September 10, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Phach T. Ngo, Esq.

          Respectfully submitted,

          /s/A. Clark Morris
          A. CLARK MORRIS
          Assistant United States Attorney
          131 Clayton Street
          Montgomery, AL 36104
          Phone: (334) 223-7280
          Fax: (334) 223-7135
          E-mail: clark.morris@usdoj.gov