IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 2:06-CR-169-WKW |
| | ) | |
| CECILIO PALACHE | ) | |

**ORDER**

Upon consideration of the United States' Unopposed Motion to Amend (Doc. # 689), it is ORDERED that the motion is GRANTED. The Clerk and the parties are DIRECTED to modify the style of the case to reflect that Defendant's name is Cecilio Palache.

Done this 11th day of September, 2008.

　　　　　　　　　　　　　　　　　　/s/  W.  Keith Watkins
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE